1111

No. 1298, Misc. DUNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *James F. Hewitt* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1240, Misc. DURSO ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *John J. Crown* for petitioner Durso.

No. 1277, Misc. MAYOCK v. MARTIN, STATE HOSPITAL SUPERINTENDENT. Sup. Ct. Conn. Certiorari denied. *Joseph T. Sweeney* for petitioner.

No. 590, Misc. ASHBY v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert Y. Button,* Attorney General of Virginia, *R. D. McIlwaine III,* First Assistant Attorney General, and *Charles Shepherd Cox, Jr.,* Assistant Attorney General, for respondent.

No. 1084, Misc. IRBY ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.

No. 1212, Misc. BEARDEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold* for the United States.